ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Selene Finance L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE L.P., a Limited Partnership, | Case No.: 2:16-cv-02598-RFB-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY PENDING NRED MEDIATION** |
| SIMON WONG, an individual; JOAN WONG, an individual; HORIZON HEIGHTS COMMUNITY ASSOCIATION, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Selene Finance, L.P. and Simon and Joan Wong (collectively, the **parties**) that:

1. All proceedings in this case be stayed while the parties participate in good faith in the mediation with the Nevada Real Estate Division.

2. This stay will be dissolved automatically upon the filing of a notice of completion of mediation with the Nevada Real Estate Division (the "Notice of Completion").

3. The parties will, within twenty (20) days after Horizon Heights files its response to the Complaint, meet and confer and submit a stipulation and order setting forth a discovery schedule.

4. The parties shall file a status report regarding the status of mediation every sixty (60) days, with the first status report being due on February 17, 2017, until mediation is completed.

{40840536;1}                                                 1

5. The parties make this stipulation in good faith in the interests of judicial economy.

Dated this 16th day of February, 2017      Dated this 16th day of February, 2017

**THE LAW OFFICE OF MIKE BEEDE**          **AKERMAN LLP**

BY: /s/ Mike Beede
    MICHAEL BEEDE, ESQ.
    Nevada Bar No. 13068
    2470 St. Rose Parkway, Suite 201
    Henderson, Nevada 89074

*Attorneys for Simon Wong and Joan Wong*

BY: /s/ Tenesa S. Scaturro
    ARIEL E. STERN, ESQ.
    Nevada Bar No. 8267
    TENESA S. SCATURRO, ESQ.
    Nevada Bar No. 12488
    1160 Town Center Drive, Suite 330
    Las Vegas, Nevada 89144

*Attorneys for Selene Finance L.P.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of February, 2017.