UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SELENE FINANCE L.P.,<br><br>    Plaintiff,<br>v.<br><br>SIMON WONG, *et al.*,<br>    Defendants. | Case No. 2:16-cv-02598-RFB-GWF<br><br>**ORDER** |

  This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 47), filed on January 23, 2019.

  On October 12, 2018, the parties filed their proposed discovery plan and scheduling order (ECF No. 38) and on October 15, 2018, the Court granted such proposed discovery plan and scheduling order. *See* ECF No. 39. The January 23, 2019 discovery plan and scheduling order is a duplicate and contains the same proposed dates that have already been granted by the Court. The Court, therefore, strikes the proposed discovery plan and scheduling order (ECF No. 47) that was filed on January 23, 2019. Accordingly,

  **IT IS HEREBY ORDERED** that the Clerk of the Court shall strike the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 47).

  Dated this 29th day of January, 2019.

                      */s/ George Foley Jr.*
                      GEORGE FOLEY, JR.
                      UNITED STATES MAGISTRATE JUDGE